**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| *In re BAYCOL PRODUCTS LITIGATION* | MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | |
| *Anthony Brangaitis, et al., v. Bayer AG, et al.* | Case No. 02-0171 |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and counsel for defendants that the claims of Plaintiff Anthony Brangaitis in the above-captioned case may be and are hereby dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1). The parties shall each bear their own costs.

Dated: 2/7/05

Steven E. Fineman
Wendy R. Fleishman
LIEFF CABRASER HEIMANN
& BERNSTEIN LLP
780 Third Avenue, 48th Floor
New York, NY 10017
(212) 355-9500

*Counsel for Plaintiffs*

Michael G. Nast
Dianne Nast
RODA & NAST
801 Estelle Drive
Lancaster, PA 17601

SCANNED
MAR 22 2005
U.S. DISTRICT COURT MPLS

Dated: 2/7/05

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Gene C. Schaerr
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation and Bayer AG*

Dated: 2/7/05

Scott A. Smith
Tracy J. Van Steenburgh
HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.
220 South Sixth Street, Suite 600
Minneapolis, Minnesota 55402-4501
(612) 338-1838

Fred T. Magaziner
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000

*Counsel for GlaxoSmithKline plc*

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that Plaintiff Anthony Brangaitis is dismissed with prejudice.

DATED: MAR 18 2005

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

*Brangaitis*, No. 02-0171